THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAFETY DIRECT LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T-MOBILE US, INC.,<br><br>　　　　Defendant. | No. 2:23-cv-01930-KKE<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME |

This matter came before the Court on the parties' Stipulated Motion for Extension of Time. It is hereby ORDERED that the Stipulated Motion is GRANTED. The Answer in this matter, currently due January 19, 2024 is extended to February 20, 2024.

In accordance with this Order, the Court RESETS the initial scheduling dates set forth in its Order Regarding Initial Disclosures, Chambers Procedures, Joint Status Report, and Early Settlement (Dkt. No. 10). The new deadlines are:

Deadline for FRCP 26(f) Conference:　　　　　　　　　　3/4/2024

Initial Disclosures Pursuant to FRCP 26(a)(1):　　　　　　3/18/2024

ORDER GRANTING STIPULATED MOTION
FOR EXTENSION OF TIME
(No. 2:23-cv-01930-KKE)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

164988431.1

1     Combined Joint Status Report and Discovery Plan:     3/26/2024

2

3     IT IS SO ORDERED this 10th day of January, 2024.

4

5

6                       *Kymberly K. Evanson* (signature)

                      Kymberly K. Evanson
7                       United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

(PROPOSED) ORDER GRANTING STIPULATED
MOTION FOR EXTENSION OF TIME
(No. 2:23-cv-01930-KKE) –2

164988431.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000