THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAFETY DIRECT LLC,

          Plaintiff,

   v.

T-MOBILE US, INC.,

          Defendant.

No. 2:23-cv-01930-KKE

ORDER GRANTING SECOND
STIPULATED MOTION FOR
EXTENSION OF TIME

This matter came before the Court on the parties' Second Stipulated Motion for Extension of Time.  It is hereby ORDERED that the Stipulated Motion is GRANTED.  The Answer in this matter, currently due February 20, 2024 is extended to March 21, 2024.

IT IS HEREBY SO ORDERED this 13th day of February, 2024.

_____
Kymberly K. Evanson
United States District Judge

(PROPOSED) ORDER GRANTING SECOND
STIPULATED MOTION FOR EXTENSION OF
TIME (NO. 2:23-CV-01930-KKE)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

165523923.1