THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAFETY DIRECT LLC,<br><br>   Plaintiff,<br><br>v.<br><br>T-MOBILE US, INC.,<br><br>   Defendant. | No. 2:23-cv-01930-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO STAY |

This matter came before the Court on the parties' Stipulated Motion to Stay. Dkt. No. 14. The parties request a 60-day stay of this matter so that they may continue to pursue settlement. *Id.*

The Court has the inherent authority to stay proceedings before it. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936).

Therefore, it is hereby ORDERED that the Stipulated Motion is GRANTED. This matter is STAYED for 60 days. The parties are directed to file a status report with the Court no later than May 17, 2024, regarding settlement negotiations in this matter.

IT IS HEREBY SO ORDERED this 19th day of March, 2024.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO STAY (NO. 2:23-CV-01930-KKE)